# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-16-934-M |
| ) | |
| $50,900.00 IN UNITED STATES ) | |
| CURRENCY OF IBC BANK CASHIER'S ) | |
| CHECK #162263996 IN THE AMOUNT ) | |
| OF $250,910 IN UNITED STATES ) | |
| CURRENCY, SEIZED ON MAY 27, 2015, ) | |
| FROM INSURED AIRCRAFT TITLE ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiff's Motion to Strike the Answer Filed by Benjamin Polat and Luis Grillo, filed January 25, 2017. Claimants Benjamin Polat and Luis Grillo have filed no response.

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), claimants' answer was due by or before December 28, 2016. Without obtaining leave of Court, claimants filed their answer on January 23, 2017. Further, on February 14, 2017, claimants filed an Application for Extension of Time to File Answer to Verified Complaint Out of Time or Alternatively to Deem the Answer as Timely Filed. In a separate order issued this same date, the Court has denied claimants' application for extension of time or to deem the answer timely filed. Accordingly, the Court finds that claimants' answer is untimely and should be stricken.

The Court, therefore, GRANTS plaintiff's Motion to Strike the Answer Filed by Benjamin Polat and Luis Grillo [docket no. 44] and STRIKES Claimants' Answer to Verified Complaint for Forfeiture *In Rem* [docket no. 41].

**IT IS SO ORDERED this 16th day of June, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE